**No. 09-8861. Edward Curtis Bobb, Petitioner v. United States.**

560 U.S. 928, 130 S. Ct. 3322, 176 L. Ed. 2d 1225, 2010 U.S. LEXIS 4230.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 577 F.3d 1366.